UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA BOLEY,

        Plaintiff,

vs.

        Case No. 11-CV-10896
        HON. GEORGE CARAM STEEH

MICHAEL ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiff's motion for remand pursuant to sentences four and six of the Act and defendant's motion for summary judgment, and in accordance with the court's order remanding the case back to the Administrative Law Judge for further proceedings, entered on March 1, 2012,

IT IS ORDERED AND ADJUDGED that the above-captioned case is REMANDED to the ALJ.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
           DEPUTY COURT CLERK

Dated: March 1, 2012